# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE TENTH CIRCUIT

| | |
|---|---|
| In re CHRISTOPHER RUSSELL POWELL, formerly doing business as Powell Homes, Inc., formerly doing business as Superior Basement Finish, Inc., and TRACEY LYNN POWELL, <br><br> Debtors. | BAP No. CO-07-098 <br><br> Bankr. No. 05-36499-MER <br> Adv. No. 05-02024-MER <br> Chapter 7 |
| JAMES MCCARTY, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CHRISTOPHER POWELL and TRACEY POWELL, <br><br> Defendants - Appellees. | ORDER TRANSFERRING APPEAL TO U.S. DISTRICT COURT <br><br> September 19, 2007 |

Tracey Powell and Christopher Powell, appellees in this appeal, have timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1) This appeal is transferred to the United States District Court for the District of Colorado.

(2) Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) Pending completion of the record, the case file is transmitted to the United States Bankruptcy Court. It is requested that the Bankruptcy Court acknowledge receipt of the case file listed above by returning one copy of this order, signed in the space indicated below.

> For the Panel:
> Barbara A. Schermerhorn, Clerk of Court
>
> By:
>
> *Brown*
>
> Nicki Brown
> Deputy Clerk

Please acknowledge receipt of the case file listed above.

Dated: _____

Signed: _____

    Bankruptcy Court Deputy Clerk

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**Notice of Docket Activity**

The following transaction was entered on 09/19/2007 at 3:39:04 PM MDT and filed on 09/19/2007
**Case Name:** James McCarty v. Christopher Powell, et al
**Case Number:** 07-98
**Document(s):** Document(s)

**Docket Text:**
[58039] ORDER: Clerk's order filed GRANTING Appellees' Election [58038-2]. Mailed to all parties.

The following document(s) are associated with this transaction:
**Document Description:** form(s) sent
**Original Filename:** /opt/ACECF/bap-live/forms/07098_58039_Order-GrantElection_175.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=09/19/2007] [FileNumber=58039-0]
[d5b52c367b6f46991380f62086812384a3baebaf27477c0e0abd1854632027310c7b6dfda6e265ca978d77

**07-98 Notice will be mailed to:**

Berken, Stephen E.
1159 Delaware Street
Denver, CO 80204

Bolton, Bradford L.
United States Bankruptcy Court, District of Colorado
721 19th Street
Denver, CO 80202-2508

Kleinman, Michael J.
9490 South Aspen Hill Way
Lone Tree, CO 80124

Smith, F. Kelly
216 16th Street, Suite 1210
Denver, CO 80202

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 58039
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 44556